CHARLES S. SCHOLEN, as Administrator of the Estate of FREDERICK B. AEBLY, Deceased, v. GUARANTY TRUST COMPANY OF NEW YORK.— Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

DANIEL O. HASTINGS, as Special Trustee of STANDARD GAS AND ELECTRIC COMPANY, v. H. M. BYLLESBY AND COMPANY et al., and E. CARLETON GRANBERY et al.— Settle order on notice. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

BETTY J. COHEN v. METROPOLITAN SAVINGS BANK and MARGARET G. KATZ, Individually and as Administratrix of the Estate of LOUIS KATZ, Deceased. (Action No. 1.) MARGARET G. KATZ v. BETTY COHEN et al., Impleaded with Another. (Action No. 2.)

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GLADYS OKYLE, Individually and as Administratrix of the Estate of JULIUS OKYLE, Deceased, as Stockholder and Creditor of HIGHBRIDGE FAMILY LAUNDRY SERVICE, INC., on Her Own Behalf and on Behalf of Stockholders or Creditors Similarly Situated, v. HIGHBRIDGE FAMILY LAUNDRY SERVICE, INC., et al. MARK L. GILLER, as Substituted Receiver of HIGHBRIDGE FAMILY LAUNDRY SERVICE, INC. LOUIS L. SCHWARTZ et al.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of THOMAS K. COYNE against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of JAMES P. DUNN against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of OTTO C. HAAS against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of ANDREW J. MALONEY against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of MICHAEL F. MORONEY against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of GEORGE L. MORRIS against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.